IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ARTHUR AUSTIN and BARBARA AUSTIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No: 3:09cv914 |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY, | ) | Judge Nixon |
| | ) | |
| Defendant. | ) | Magistrate Knowles |

## STIPULATION OF SETTLEMENT

The parties, jointly, stipulate and notify the Court that this case has been fully settled and resolved with each party to bear their own discretionary costs in this matter. The parties submit a proposed Order of Dismissal approved by the parties for the Court's consideration for entry.

Respectfully submitted,

*s/Michael K. Smith*
**MICHAEL K. SMITH**
Registration No. 17155
Attorney for Plaintiff

144 Second Avenue North, Suite 150
Nashville, TN 37201
615-620-5833

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Nationwide Mutual Fire

Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787
gbrewer@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2009, a copy of the foregoing STIPULATION OF SETTLEMENT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Michael K. Smith, Esquire
144 Second Avenue North, Suite 150
Nashville, TN 37201
michael@mksmithlaw.com

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787
gbrewer@bkblaw.com

GAB:car