IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ARTHUR AUSTIN and BARBARA AUSTIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No: 3:09cv914 |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY, | ) | Judge Nixon |
| | ) | |
| Defendant. | ) | Magistrate Knowles |

## ORDER OF DISMISSAL

The Court, having been notified by the parties by Joint Stipulation that the case has been fully settled and compromised and should be dismissed with prejudice.

It is hereby ORDERED that this case is dismissed with prejudice. Each party will bear their own discretionary costs.

_____
JUDGE